IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO:** |
| **NATHIAN PURVIS,** : | **7:24-CR-34-WLS-TQL-4** |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

On September 11, 2024, Defendant Nathian Purvis ("Purvis"), along with four additional Defendants were indicted by a grand jury in a five-count indictment (Doc. 1) ("Indictment). Purvis was charged in Count Four with Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C). The charge related to conduct that occurred in Tift County, Georgia, on May 5, 2022. Purvis is not charged with the offenses contained in Counts One through Three, or Count Five.

Before the Cout is the Government's Motion to Dismiss Nathian Purvis from Count Four of the Indictment (Doc. 64) ("Motion"). Therein, the Government moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss Count Four of the Indictment against Defendant Purvis because he pled guilty to Possession of Methamphetamine with Intent to Distribute in the Superior Court of Tift County, Georgia, Case No. 2022CR0134. Purvis was sentenced to ten years of probation, six months imprisonment, and a $2,000 fine. Count Four of the Indictment relates to the same acts prosecuted in the Superior Court of Tift County, Case No. 2022CR0134.

Under Federal Rule of Criminal Procedure Rule 48(a) the Government may, with leave of the Court, dismiss an indictment. Based on the Government's stated reason, the Court finds good cause to dismiss Count Four of the Indictment against Defendant Nathian Purvis.

Accordingly, the Court **GRANTS** the Government's Motion (Doc. 64). Specifically, Count Four of the Indictment only with respect to Defendant Nathian Purvis is **DISMISSED**.

As Defendant Nathian Purvis is not charged in any other Count in the Indictment, the November 6, 2024 pretrial conference is **CANCELLED** with respect to Defendant Nathian Purvis.

**SO ORDERED**, this 1st day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
